IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, | No. C 13-3411 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION HEAD; VETERAN'S ADMINISTRATION HEAD OFFICIAL; WEST POINT MILITARY ACADEMY; | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony ("CMC"). He sues federal officials because they have denied social security and military benefits while he has been incarcerated at CMC. As CMC is located within the venue of the United States District Court for the Central District of California, venue for this case is more convenient there. *See* 28 U.S.C. 1404(a). Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July   29  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE